Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-00146RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING STIPULATION TO MODIFY SENTENCING PROCEDURE AND TO EXPEDITE SENTENCING |
| NEIL WALLACE, | ) | |
| Defendant. | ) | |

THE COURT has considered the stipulated motion to modify the sentencing procedure and to expedite sentencing in this case.

THE COURT ORDERS the sentencing hearing shall be held on June 26, 2015 at 1:30 p.m.

THE COURT FURTHER GRANTS the request to modify the sentencing schedule, and directs that the Probation Office prepare a single final presentence report due one week before the sentencing date scheduled by the Court and the government and defense memoranda are due four days before the sentencing date scheduled by the Court.

DATED this 26th day of May, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATION TO
MODIFY SENTENCING PROCEDURE
(*Neil Wallace*, CR15-00146RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100