Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>        v.<br><br>NEIL WALLACE,<br><br>    Defendant. | NO. CR15-146RAJ<br><br>ORDER SEALING VICTIM IMPACT STATEMENTS |

The Court, having considered the Government's motion and other records in this case, and finding good cause, HEREBY grants the motion (Dkt. #24) and SEALS the victim impact statements filed under Dkt. #25.

DATED this 26th day of June, 2015.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

Order Sealing Victim Impact Statements
*U.S. v. Wallace*/CR15-146RAJ- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970